DUNCKEL, Respondent, v. DUNCKEL, Appellant.

(Supreme Court, General Term, Third Department.   September 14, 1892.)

Action by Emma Dunckel against William Dunckel.
No opinion.   Judgment affirmed, with costs. · See 8 N. Y. Supp. 888.

---

ALLISON, Appellant, v. LOOMIS, et al., Respondents.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by William C. Allison against Harvey N. Loomis and others.
No opinion.   Judgment affirmed, with costs.   See 9 N. Y. Supp. 33.

---

ALLISON, Appellant, v. LOOMIS et al., Respondents.

(Supreme Court, General Term, Fourth Department. ° September 30, 1892.)

Action by William C. Allison against Harvey N. Loomis and others.
No opinion.   Order modified so as to limit the allowance to $200, and as modified, affirmed, with $10 costs and disbursements to the appellant.   See 9 N. Y. Supp. 33.

---

AMES et al., Respondents, v. MASON et al., Appellants.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Austin O. Ames and others against Amos L. Mason, impleaded with others.
No opinion.   Order modified so that the appellant be restrained only until the further order of the court or the determination of the action, and, as modified, affirmed, without costs to either party.

---

CORLYON, Respondent, v. DOANE, Appellant.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Philip R. Corlyon against Timothy N. Doane, impleaded with others.
No opinion.   Judgment affirmed, with costs.

---

CRONK, Respondent, v. WILCOX, Appellant.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by Flora M. Cronk  against Asel Wilcox.
No opinion.  Judgment and order reversed, and a new trial ordered, with costs to abide the event.   *Held*, (1) the verdict is against the weight of evidence; (2) the court erred in instructing the jury that Warner would be entitled to the recovery awarded; (3) the court erred in excluding the evidence of the witness Walters as to the conversation between her and the defendant.

---

CROSS, Respondent, v. CASLER et al., Appellants.

(Supreme Court, General Term, Fourth Department.   September 30, 1892.)

Action by William G. Cross against Philo W. Casler and David F. Broughton.
No opinion.   Judgment reversed on the exceptions and a new trial ordered, with costs to abide the event.  *Held*, that the question of settlement as claimed by the defendants should have been submitted to the jury.